# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>EDWARD LUGO,<br><br>   Defendant. | 2:11-cr-299-LDG-GWF<br><br>ORDER |

THE COURT HEREBY ORDERS that defendant Edward Lugo's surrender date of Friday, January 8, 2016, be extended for 60 days in order for him to pursue his request for release pending appeal in the Ninth Circuit.

DATED this ____ day of January, 2016.

_____
Lloyd D. George
United States District Judge