# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD LUGO,<br><br>    Defendant. | Case No. 2:11-cr-00299-LDG (GWF)<br><br>**ORDER** |

Defendant Edward Lugo has filed a motion seeking to both amend his judgment and commitment order and to extend his surrender date. Having reviewed the record,

THE COURT **ORDERS** that Defendant's Motion is GRANTED to the extent that the Court will extend the Defendant's Surrender Date and is otherwise DENIED;

THE COURT FURTHER **ORDERS** that Defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons before 12:00 p.m. on Monday, April 25, 2016.

DATED this ____ day of April, 2016.

Lloyd D. George
United States District Judge